1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11

| | |
|---|---|
| THOMAS MASON, | Case No. 5:19-cv-03997 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| RYAN RHODES, et al., | |
| Defendants. | |

        In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

above captioned case is referred to District Judge Edward J. Davila  to determine whether it

is related to 5:18-cv-03712 EJD, *In re: Restoration Robotics, Inc., Securities Litigation.*

        IT IS SO ORDERED.


        Date:  August 13, 2019                    _____
                                                  Nathanael M. Cousins
                                                  United States Magistrate Judge