LATHAM & WATKINS LLP
  Matthew Rawlinson (SBN 231890)
  Hilary H. Mattis (SBN 271498)
140 Scott Drive
Menlo Park, CA  94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*matt.rawlinson@lw.com*
*hilary.mattis@lw.com*

Attorneys for Defendants
RESTORATION ROBOTICS, INC.,
RYAN RHODES, FREDERIC MOLL, JEFFREY BIRD, GIL KLIMAN, CRAIG TAYLOR, SHELLEY THUNEN, and EMMETT CUNNINGHAM, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS MASON, Derivatively on Behalf of Nominal Defendant RESTORATION ROBOTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYAN RHODES, FREDERIC MOLL, JEFFREY BIRD, GIL KLIMAN, CRAIG TAYLOR, SHELLEY THUNEN, and EMMETT CUNNINGHAM, JR., <br><br> Defendants, <br><br> and <br><br> RESTORATION ROBOTICS, INC., a Delaware Corporation, <br><br> Nominal Defendant. | CASE NO. 5:19-cv-03997-NC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF ACTION AND RELATED MATTERS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION AND [PROPOSED] ORDER REGARDING STAY
OF ACTION AND RELATED MATTERS
CASE NO. 5:19-CV-03997-NC

WHEREAS, on July 11, 2019, plaintiff Thomas Mason ("Plaintiff") filed a putative stockholder derivative action (the "Action") on behalf of nominal defendant Restoration Robotics, Inc. ("Restoration Robotics" or the "Company") alleging violations of law and breaches of fiduciary duty against certain of the Company's current and former officers and directors (collectively, the "Individual Defendants," and with the Company, "Defendants") (Plaintiff and Defendants are collectively referred to herein as the "Parties");

WHEREAS, a factually related securities class action captioned *In re Restoration Robotics, Inc. Securities Litigation*, Case No. 5:18-cv-03712-EJD (N.D. Cal.) is currently pending in the United States District Court for the Northern District of California (the "Class Action"), in which the plaintiff asserts federal securities claims against the Company and certain of its current and former officers and directors;

WHEREAS, Restoration Robotics and the other defendants in the Class Action have filed, and the parties to the Class Action have fully briefed a motion to dismiss the Class Action;

WHEREAS, the Parties agree that a ruling on the motion to dismiss the Class Action may help inform the manner in which this Action proceeds;

WHEREAS, in an effort to proceed in the most efficient manner, the Parties agree that this Action should be temporarily stayed until the resolution of any motion(s) to dismiss the Class Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record and subject to approval of the Court, as follows:

1. The undersigned counsel for Defendants has been authorized to accept, and hereby agrees to accept, service of the complaint in this Action on behalf of each of the Defendants, subject to the terms set forth herein.

2. This Action, including all deadlines and hearings, is hereby stayed until any motion(s) to dismiss the Class Action has/have been (i) denied in whole or in part; or (ii) granted with prejudice, and any appeals pertaining motion(s) to dismiss have concluded, or the time for seeking appellate review has passed with no further action from the Class Action parties.

3. Upon 15 days' written notice to all counsel of record via e-mail, any party may lift the stay.

4. The Defendants will promptly notify Plaintiff should they become aware of any additional derivative lawsuits filed in any forum that allege the same or similar misconduct as that alleged in the Action.

5. During the pendency of the stay, Plaintiff may amend his complaint, without the Defendants being required to respond to any such amended complaint during the pendency of the stay.

6. The Parties agree that during the pendency of this stay, Defendants shall include Plaintiff in any mediation with the plaintiffs in the Class Action and shall include Plaintiff in any mediation with any purported plaintiff in any related derivative lawsuit or any other related books and records demand proceeding

7. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein. Defendants preserve all rights, objections, and defenses, and Plaintiff preserves all rights and claims.

8. The Parties agree to meet and confer in good faith following any lifting of this stay to submit a proposed scheduling order to the Court.

Dated: August 12, 2019

LATHAM & WATKINS LLP

By  */s/ Matthew Rawlinson*
Matthew Rawlinson

Attorneys for Defendants RESTORATION ROBOTICS, INC., RYAN RHODES, FREDERIC MOLL, JEFFREY BIRD, GIL KLIMAN, CRAIG TAYLOR, SHELLEY THUNEN, and EMMETT CUNNINGHAM, JR.

Dated: August 12, 2019

GLANCY PRONGAY & MURRAY LLP

By  */s/ Benjamin I. Sachs-Michaels*
Benjamin I. Sachs-Michaels

Attorneys for Plaintiff THOMAS MASON

**[PROPOSED] ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 8/21/2019

~~Honorable Nathanael Cousins~~
~~United States District Judge~~
Edward J. Davila

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

STIPULATION AND [PROPOSED] ORDER REGARDING STAY
OF ACTION AND RELATED MATTERS
CASE NO. 5:19-CV-03997-NC

# ELECTRONIC CASE FILING ATTESTATION

I, Matthew Rawlinson, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Stay of Action and Related Matters. Pursuant to Rule 5-1 of the Northern District of California, I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 12, 2019

LATHAM & WATKINS LLP

By  */s/ Matthew Rawlinson*
    Matthew Rawlinson

Attorneys for Defendants RESTORATION ROBOTICS, INC., RYAN RHODES, FREDERIC MOLL, JEFFREY BIRD, GIL KLIMAN, CRAIG TAYLOR, SHELLEY THUNEN, and EMMETT CUNNINGHAM, JR.